IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELORES HOLMES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-0424 |
| MANN BRACKEN, LLC, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 22nd day of December, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), and the Responses and Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE